Opinion filed June 15, 2006 












 
 
  
 
 







 
 
  
 
 




Opinion filed June 15, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00075-CV 

                                                    __________

 

              IN RE HORKEY OIL COMPANY, INC. AND JOE HORKEY 

 

 



 

                                                Original
Mandamus Proceeding

 



 

                                            M
E M O R A N D U M    O P I N I O N

The parties have filed in this court a joint
motion to dismiss the proceeding.  In
their motion, the parties state that all the issues between them have been
completely settled and resolved.

The motion is granted.

The proceeding is dismissed.

 

PER CURIAM

 

June 15, 2006

Panel
consists of:  Wright, C.J., and

McCall, J., and Strange, J.